C                  UNITED STATES DISTRICT COURT            18-040412
                  EASTERN DISTRICT OF NEW YORK

OLESSIA RAZILOVA ET AL

VS                                    CASE NO.18-CV-1668 RRM-PK

HALSTED FINANCIAL SERVICES, LLC

JEROME PAUL            Being first duly sworn on oath deposes and says that
he is over the age of 21 and not a party to this cause.

That he served the within    SUMMONS IN A CIVIL ACTION
                               CLASS ACTION COMPLAINT
                               JURY DEMAND

On the within named Defendant HALSTED FINANCIAL SERVICES, LLC

by leaving the above mentioned documents with
GARY FORTUNE (ADMINISTRATIVE ASSISTANT/AUTHORIZED AGENT) ,
who is authorized to accept service of these documents on 04/05/2018, and
informing that person of the contents thereof.
*************************************************************************

The Sex, Race and Approximate Age of the person with whom he left the documents
were as follows:

Sex:         MALE                         Height:5'07"
Race:        WHITE                      Weight:160
Age:         50

The place and time of day where the documents were served was as follows:

Place:       8001 LINCOLN AVE
             SKOKIE, IL 60077
Time:        11:06AM
*************************************************************************
I certify under penalty of perjury under the laws of the United States that the
foregoing is true and accurate.

Executed on 04/06/2018
                                                   _____
                                                 PROCESS SERVER