**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Olessia Razilova, individually and on behalf of all others similarly situated,

                    Plaintiff,

                    -against-

Halsted Financial Services LLC,
                    Defendant.

**REQUEST FOR CERTIFICATE OF DEFAULT**

Docket No: 1:18-cv-01668-RRM-PK

TO:    DOUGLAS C. PALMER
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF NEW YORK

       Please enter the default of defendant(s), Halsted Financial Services LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwisedefend this action as fully appears from the court file herein and from the attached affirmation of Craig B. Sanders.

Dated: May 23, 2018

                                              **BARSHAY SANDERS, PLLC**

                                              By:    /s *Craig B. Sanders*
                                              Craig B. Sanders
                                              100 Garden City Plaza, Suite 500
                                              Garden City, New York 11530
                                              Tel. (516) 203-7600
                                              Email: *ConsumerRights@BarshaySanders.com*
                                              Our File No: 114856
                                              *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Olessia Razilova, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Halsted Financial Services LLC,
                Defendant.

**AFFIRMATION IN SUPPORT OF REQUEST FOR CERTIFICATE OF DEFAULT**

Docket No: 1:18-cv-01668-RRM-PK

Craig B. Sanders hereby declares as follows:

1. I am the attorney for the plaintiff in this action and declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

2. This action was commenced pursuant to 15 U.S.C. § 1692k to recover statutory damages for violation of the Fair Debt Collection Practices Act ("FDCPA").

3. This action was properly served on the defendant(s), Halsted Financial Services LLC as evidenced by the returned summons and the time for said defendant(s) to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), Halsted Financial Services LLC, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) Halsted Financial Services LLC to answer or otherwise move has not been extended.

5. That defendant(s) Halsted Financial Services LLC is not an infant or incompetent. Defendant(s) Halsted Financial Services LLC is not presently in the military service of the United States as appears from facts in this litigation.

6. Defendant(s) Halsted Financial Services LLC is indebted to plaintiff, Halsted Financial Services LLC, for violations of the FDCPA as are set forth in the complaint, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

WHEREFORE, plaintiff Olessia Razilova, individually and on behalf of all others similarly situated requests that the default of defendant(s) Halsted Financial Services LLC be noted and a certificate of default issued.

Dated: May 23, 2018

**BARSHAY SANDERS, PLLC**

By: ___/s *Craig B. Sanders*___
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114856
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Olessia Razilova, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

Halsted Financial Services LLC,
                          Defendant.

**REQUEST FOR CERTIFICATE OF DEFAULT**

Docket No: 1:18-cv-01668-RRM-PK

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Halsted Financial Services LLC has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Halsted Financial Services LLC is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____, New York
           _____, 20___

                          DOUGLAS C. PALMER, Clerk of Court

                          By: _____
                                  Deputy Clerk