UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
OLESSIA RAZILOVA, individually and on behalf
of all others similarly situated,

                Plaintiff,                      **ORDER ADOPTING REPORT
                                                          AND RECOMMENDATION**
   - against -                                    18-CV-1668 (RRM) (PK)

HALSTEAD FINANCIAL SERVICES LLC,

                Defendant.
------------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

      Plaintiff Olessia Razilova brings this action against defendant Halstead Financial Services, LLC ("Halstead"), alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. On July 2, 2018, Razilova moved for default judgment, and the Court referred that motion to the Honorable Magistrate Judge Peggy Kuo for a Report and Recommendation. On March 1, 2019, Judge Kuo issued a Report and Recommendation ("the R&R"), recommending that Razilova's motion be granted and awarding certain damages and attorneys fees. (R&R (Doc. No. 12).) Judge Kuo reminded the parties that, pursuant to Federal Rule of Civil Procedure ("Rule") 72, any objection to the R&R must be filed within fourteen (14) days of service. Razilova subsequently filed a certificate of service stating that she served Halstead with the R&R on March 8, 2019. (Certificate of Service (Doc. No. 13).) More than fourteen days has since passed, and no party has filed any objection.

      Pursuant to 28 U.S.C. § 636(b) and Rule 72, the Court has reviewed the R&R for clear error and, finding none, concurs with the R&R in its entirety. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007).

Accordingly, it is hereby ordered that Razilova's motion for default judgment against Halstead is granted, and Razilova is awarded $6,105.00, comprising (1) $500 in statutory damages, (2) $5,110 in attorneys' fees, and (3) $495 in costs.

The Clerk of Court is respectfully directed to enter judgment pursuant to this Memorandum and Order, and close the file. The Clerk shall also mail a copy of this Memorandum and Order and the accompanying judgment to Halstead Financial Services at the following two addresses, and note the mailing on the docket: 1) 8001 Lincoln Ave., Ste. 500, Skokie, IL 60077; and 2) P.O. Box 828, Skokie, IL 60076

SO ORDERED.

Dated: Brooklyn, New York
March 26, 2019

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge