UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLESSIA RAZILOVA, individually and on behalf
of all others similarly situated,

               Plaintiff,                                      **JUDGMENT**
                                                                18-CV-1668 (RRM) (PK)

    - against -

HALSTEAD FINANCIAL SERVICES LLC,

               Defendant.
-----------------------------------------------------------X

       An Order of the undersigned having been filed this day, adopting the Report and Recommendation of Magistrate Judge Peggy Kuo, and awarding statutory damages, fees and costs to plaintiff Olessia Razilova, it is hereby

       ORDERED, ADJUDGED, and DECREED that plaintiff is hereby awarded $6,105.00 in damages against defendant Halstead Financial Services, LLC, comprising $500 in statutory damages, $5,110 in attorneys' fees, and $495 in costs.


Dated: Brooklyn, New York                        *Roslynn R. Mauskopf*
       March 26, 2019                            _____
                                                   ROSLYNN R. MAUSKOPF
                                                   United States District Judge